1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for petitioner
7  TAURUS MARINE, INC.

8  BRUCE A. BEHRENS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
9  MICHAEL G. HARRINGTON, Assistant Chief Counsel
   BELVIN SMITH
10 WM. DAVID SULLIVAN (SBN 142881)
   PATRICK PETERSEN (SBN 232639)
11 595 Market Street, Suite 1700
   San Francisco, CA 94120-7444
12 Telephone: (415) 904-5700
   Facsimile:  (415) 904-2333
13 Attorneys for Claimant
   CALIFORNIA DEPARTMENT OF TRANSPORTATION

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *FATCAT* HER ENGINES, TACKLE, APPURTENANCES, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>              Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>              Claimant. | **CASE NO.:  CV 08-5277 PJH**<br><br>**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [~~PROPOSED~~] ORDER NOTING DEFAULTS**<br><br>**IN ADMIRALTY**<br><br>**SUPP. ADMIRALTY RULE F** |

//

1

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (CV 08-5277 PJH)**

COMES NOW PETITIONER TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG FATCAT HER ENGINES, TACKLE, APPURTENANCES, ETC., ("petitioner") and the CALIFORNIA DEPARTMENT OF TRANSPORTATION ("respondent", "claimant" or "Caltrans") jointly, and by and through their counsel who are authorized to so stipulate, and do hereby stipulate and agree and request this Court find and order, with regard to the captioned lawsuit, as follows:

1.) petitioner filed an action in Admiralty entitled "Complaint for Exoneration from or Limitation of Liability Pursuant to 46 USC §30501, *et. seq.*" (Docket No. 1) on 21 November 2008 seeking to limit their liability for the maritime incident complained of to the value of the vessel the TUG FATCAT;

2.) an "Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice and Restraining Prosecution of Claims" was duly issued and entered herein, dated 26 November 2008 and appearing on the Docket of this Court at No. 8 against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 20 February 2009 and notice of said Order was duly given and published, as appears by return of petitioner duly made, and copies of the notice and Order were duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at No. 16);

3.) Caltrans is the only entity before this Court that timely filed a claim with petitioners (Caltrans also filed an answer to the complaint on 19 February 2009 and cross-complained): Caltrans claimed for damage to the Three Mile Slough bridge fendering, claiming damages in excess of $370,000 (Caltrans claims it has approximately $80,000 in internal administrative costs for a total claim of approximately $450,000);

4.) no other claim has been presented to or filed with said petitioner as of the date of this stipulation; and

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0318.2009-1806

1       5.)    petitioner and claimant hereby respectfully request the Court grant an "Order

2   Noting Default" in the form attached hereto; and

3       6.)    petitioner's and claimant's counsel hereby stipulate that the form of the "Order

4   Noting Default" attached hereto is acceptable to petitioner's and claimant's counsel.

6   IT IS SO STIPULATED:

   Dated:    19 March 2009        **LAW OFFICES OF GEORGE W. NOWELL**

                                By: _____/s/ John H. Cigavic III_____
                                        JOHN H. CIGAVIC III
                                        Attorneys for petitioner
                                        TAURUS MARINE, INC.

IT IS SO STIPULATED:

   Dated:    March 19, 2009        **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

                                By: _____/s/ Patrick Petersen_____
                                        PATRICK PETERSEN
                            Attorneys for CALIFORNIA DEPARTMENT
                                    OF TRANSPORTATION

//
//
//
//
//
//
//
//
//
//
//
//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

## [~~PROPOSED~~] ORDER

A Petition for exoneration from or limitation of all liability having been filed herein on 21 November 2009, appearing on the Docket at No. 1, by PETITIONER TAURUS MARINE, INC. ("petitioner"), as owners and/or operators of the TUG FATCAT ("Vessel") related to contact made with the Three Mile Slough bridge fender on 22 May 2008 ("Incident");

And, an "Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice and Restraining Prosecution of Claims" having been duly issued and entered herein, dated 26 November 2008 and appearing on the Docket of this Court at No. 8, against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 20 February 2009 and notice of said Order having been duly given and published, as appears by return of petitioner duly made, and copies of the notice and Order having been duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at No. 16);

And, it further appearing by stipulation of all the parties hereto that the following claim has been presented to and filed with petitioners' counsel as required by the Rules of this Court, to wit:

- Caltrans claimed for damage to the Three Mile Slough bridge fendering, claiming damages in excess of $370,000 (Caltrans claims it has approximately $80,000 in internal administrative costs for a total claim of approximately $450,000),

and that no other claim has been presented to or filed with said petitioner as of the date of this Order; and

Now, therefore on stipulation and request of all of the parties appearing, by and through their respective counsel, it is

//

//

4

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (CV 08-5277 PJH)**

P0318.2009-1806

1  ORDERED, ADJUDGED AND DECREED that the defaults of all persons claiming

2  damages for any and all losses, damages, injuries and destruction arising out of, occasioned or

3  occurring from or on the voyage of the Vessel and related to the Incident, who have not

4  heretofore filed and presented claims and answers, if desired, be and are in default, and such

5  persons are hereby barred from filing any claims and answers regarding the voyage of the Vessel

6  and related to the Incident in this Court or in any proceeding related hereto; and

7  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all persons, concerns

8  or firms in default, as aforesaid, be subject to, and that all issues raised by the petition herein and

9  the answer thereto now on file, shall stand for trial before this Court according to the rules and

10 practice hereof; and

11 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other proceedings

12 on any and all proofs of claim now on file, or which are subsequently interposed, wherever said

13 action, proceeding or event may be located, be and hereby are stayed until the trial and

14 determination of this suit.

16 IT IS SO ORDERED:

18 Dated: March 20, 2009

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

By: _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED / Judge Phyllis J. Hamilton*

23 Prepared by:

24 Dated: 19 March 2009   **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULTS; [PROPOSED] ORDER NOTING DEFAULTS (CV 08-5277 PJH)**

P0318.2009-1806

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344