1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for petitioner
7  TAURUS MARINE, INC.

8  BRUCE A. BEHRENS, Chief Counsel
   DAVID GOSSAGE, Deputy Chief Counsel
9  MICHAEL G. HARRINGTON, Assistant Chief Counsel
   BELVIN SMITH
10 WM. DAVID SULLIVAN (SBN 142881)
   PATRICK PETERSEN (SBN 232639)
11 595 Market Street, Suite 1700
   San Francisco, CA 94120-7444
12 Telephone: (415) 904-5700
   Facsimile:  (415) 904-2333
13 Attorneys for Claimant
   CALIFORNIA DEPARTMENT OF TRANSPORTATION

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *FATCAT* HER ENGINES, TACKLE, APPURTENANCES, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>Claimant. | **CASE NO.:  CV 08 5277 PJH**<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION; AND [P~~ROPOSED~~] ORDER**<br><br>**IN ADMIRALTY**<br><br>**FRCivP 16 & 26** |

//

1

**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION; AND [PROPOSED] ORDER (CV 08 5277 PJH)**

P0323.2009-1806

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1  COMES NOW PETITIONER TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG FATCAT HER ENGINES, TACKLE, APPURTENANCES, ETC., ("petitioner") and the CALIFORNIA DEPARTMENT OF TRANSPORTATION ("respondent", "claimant" or "Caltrans") jointly, and by and through their counsel who are authorized to so stipulate, and do hereby stipulate and agree, and request a continuance of the presently scheduled case management conference, as follows:

The parties have settled Caltrans' claim in this petition by Caltrans accepting a FRCivP 68 offer of judgment on Friday, 20 March 2009.

On 20 March 2009, the Court entered an order noting the default of all non-appearing parties. DOC#20. The parties know of no additional existing claimants.

The parties hereby stipulate and request that this Court order, in its discretion, that the case management conference presently scheduled to occur on 26 March 2009 at 2:30 p.m. before this Court be continued at least sixty (60) days, or to a time more convenient for the Court, in order to (1) promote judicial economy, (2) permit the parties to finalize their settlement, and (3) permit petitioner to file any additional motions and/or requests for orders necessary to fully dispose of this petition (such as a request to release petitioner's Letter of Undertaking (DOC#6) and a dismissal of the action).

IT IS SO STIPULATED:

Dated:    23 March 2009            **LAW OFFICES OF GEORGE W. NOWELL**

                                   By: _____/s/ John H. Cigavic III_____
                                   JOHN H. CIGAVIC III
                                   Attorneys for petitioner
                                   TAURUS MARINE, INC.

IT IS SO STIPULATED:

Dated:    March 23, 2009           **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

                                   By: _____/s/ Patrick Petersen_____
                                   PATRICK PETERSEN
                                   Attorneys for CALIFORNIA DEPARTMENT OF TRANSPORTATION

2

**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION; AND [PROPOSED] ORDER (CV 08 5277 PJH)**

P0323.2009-1806

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING IN THE PARTIES STIPULATION AND REQUEST for continuance of the case management conference scheduled for 26 March 2009,

IT IS ORDERED THAT the case management conference for this matter shall be continued until ___May 28___, 2009 at ___2:30 p.m.___.

IT IS SO ORDERED:

Dated:   March 26, 2009

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

By:_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Drafted by:

Dated:   23 March 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3

**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION; AND [PROPOSED] ORDER (CV 08 5277 PJH)**

P0323.2009-1806