GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for petitioner
TAURUS MARINE, INC.

BRUCE A. BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
MICHAEL G. HARRINGTON, Assistant Chief Counsel
BELVIN SMITH
WM. DAVID SULLIVAN (SBN 142881)
PATRICK PETERSEN (SBN 232639)
595 Market Street, Suite 1700
San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333
Attorneys for claimant
CALIFORNIA DEPARTMENT OF TRANSPORTATION

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *FATCAT* HER ENGINES, TACKLE, APPURTENANCES, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Petitioner, <br><br> v. <br><br> THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, <br><br> Claimant. | CASE NO.: CV 08 5277 PJH <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

Come now petitioner TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *FATCAT* HER ENGINES, TACKLE, APPURTENANCES, ETC.

1

1  ("PETITIONER") and THE PEOPLE OF THE STATE OF CALIFORNIA ("DEFENDANT");

2  DEFENDANT being the only appearing defendant or claimant in this lawsuit;

3  All other potential defendants or claimants having failed to file timely claims in
4  accordance with this Court's Order of November 26, 2008 (appearing on the Docket of this Court
5  at No. 8) and having been barred from filing claims by this Court's Order of March 20, 2009
6  (appearing on the Docket of this Court at No. 20);

7  PETITIONER and DEFENDANT, the only remaining parties in this lawsuit, having
8  reached a settlement of DEFENDANT's claim IN THE AMOUNT OF $150,000.00 and all that remains of this entire action, hereby
9  stipulate to the dismissal of DEFENDANT's claim and of this action in its entirety pursuant to
10 Federal Rules of Civil Procedure Rule 41(a)(2) and 41(c).

12 IT IS SO STIPULATED:

14 Dated: 21 May 4, 2009

LAW OFFICES OF GEORGE W. NOWELL
By: _____
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

17 IT IS SO STIPULATED:

18 Dated: 21 May 4, 2009

CALIFORNIA DEPARTMENT OF TRANSPORTATION
By: _____
PATRICK PETERSEN
Attorneys for defendant
CALIFORNIA DEPARTMENT
OF TRANSPORTATION

LAW OFFICES · GEORGE W. NOWELL
20 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0504.2009-1806

1    [~~PROPOSED~~] ORDER

2    PETITIONER and DEFENDANT HAVING reached a settlement of DEFENDANT's
3    claim as all that remains of this entire action and having stipulated to the dismissal of
4    DEFENDANT's claim and of this action in its entirety pursuant to Federal Rules of Civil
5    Procedure Rule 41(a)(2) and 41(c), and good cause appearing therefor,
6    IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety with
7    prejudice.
8    IT IS FURTHER ORDERED that each party will bear its own costs and attorneys fees.
9    The Court retains jurisdiction to enforce the terms of the settlement agreement.

10
11   IT IS SO ORDERED:
12   Dated:     May 22, 2009



UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

BY: _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton